GIBSON, DUNN & CRUTCHER LLP
MICHAEL HOLECEK, SBN 281034
mholecek@gibsondunn.com
JOSEPH A. GORMAN, SBN 267553
jgorman@gibsondunn.com
TIMOTHY KOLESK, SBN 318659
tkolesk@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendants
STRYDER CORP. DBA HANDSHAKE,
and HANDSHAKE AI SOLUTIONS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SEAN BOGGS, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

STRYDER CORP. DBA HANDSHAKE, and HANDSHAKE AI SOLUTIONS, LLC,

Defendants.

Case No.: 3:26–cv–07498–TSH

**STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO FORTHCOMING FIRST AMENDED COMPLAINT AND OTHER CASE DEADLINES**

Judge: Hon. Thomas. S. Hixson

Complaint Filed: July 20, 2026
Complaint Served: July 29, 2026

**TO ALL PARTIES AND THEIR UNDERSIGNED COUNSEL OF RECORD:**

Pursuant to Local Rules 6–1, 6–2, 7–12, and 16–2(e), Plaintiff Sean Boggs ("Plaintiff") and Defendants Stryder Corp. dba Handshake and Handshake AI Solutions, LLC ("Defendants") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree that good cause exists to vacate Defendants' current deadline to respond to the Complaint, set a deadline for Defendants to respond to the forthcoming First Amended Complaint, and to continue the Initial Case Management Conference scheduled for October 22, 2026 and all associated deadlines until after Defendants respond to the forthcoming First Amended Complaint.

**WHEREAS**, Plaintiff filed his Complaint on July 20, 2026, ECF. No. 1, and served his Complaint on Defendants on July 29, 2026;

**WHEREAS**, on July 22, 2026, the Court issued an Order Setting Initial Case Management Conference for October 22, 2026, ECF No. 6;

**WHEREAS**, on August 14, 2026, pursuant to Civil Local Rule 6–1, the Parties entered into a stipulation extending Defendants' deadline to answer or otherwise respond to the Complaint by thirty (30) days, from August 19, 2026 to September 18, 2026, ECF No. 10;

**WHEREAS**, Plaintiff intends to amend his Complaint on or around September 24, 2026;

**WHEREAS**, vacating Defendants' current response deadline and setting Defendants' response deadline based on the filing of the forthcoming First Amended Complaint will conserve the Parties' and the Court's resources by avoiding potentially unnecessary motion practice or other responsive pleading directed to a complaint that Plaintiff intends to supersede;

**WHEREAS**, the Parties stipulate and agree to (1) vacate Defendants' September 18, 2026 deadline to answer or otherwise respond to the Complaint; (2) set Defendants' deadline to answer or otherwise respond to Plaintiff's forthcoming First Amended Complaint within 30 days after it is filed; and (3) continue the Initial Case Management Conference and all associated deadlines until a reasonable time after Defendants respond to the forthcoming First Amended Complaint;

**NOW, THEREFORE**, the Parties, subject to approval of the Court, hereby stipulate and agree as follows:

1. Defendants' September 18, 2026 deadline to answer or otherwise respond to the Complaint shall be vacated;
2. Defendants shall answer or otherwise respond to Plaintiff's forthcoming First Amended Complaint within 30 days after the First Amended Complaint is filed;
3. The Initial Case Management Conference scheduled for October 22, 2026 and all associated deadlines shall be continued until a reasonable time after Defendants respond to the forthcoming First Amended Complaint, as determined by the Court;
4. Nothing in this Stipulation shall be construed as a waiver of Defendants' affirmative defenses, including arbitration.

Dated: September 4, 2026

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: ______________________
Joseph A. Gorman

Attorneys for Defendants

STRYDER CORP. DBA HANDSHAKE AND HANDSHAKE AI SOLUTIONS, LLC

BRYSON HARRIS SUCIU & DeMAY PLLC

By: /s/ Trenton R. Kashima
Trenton R. Kashima

Attorneys for Plaintiffs and the Proposed Class

# ~~[PROPOSED]~~ ORDER

Having considered the Parties' Stipulation regarding an extension of time to vacate Defendants' current deadline to respond to the Complaint, set the deadline for Defendants to respond to Plaintiff's forthcoming First Amended Complaint, and continue other case deadlines, and good cause appearing **IT IS HEREBY ORDERED** that:

1. Defendants' September 18, 2026 deadline to answer or otherwise respond to Plaintiff's Complaint is VACATED;
2. Defendants shall answer or otherwise respond to Plaintiff's forthcoming First Amended Complaint within 30 days after the First Amended Complaint is filed; and
3. The Initial Case Management Conference scheduled for October 22, 2026 and all associated deadlines shall be continued until a reasonable time after Defendants respond to Plaintiff's forthcoming First Amended Complaint, and the Court will issue a new scheduling order apprising the Parties of the continued dates and deadlines.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _September 8, 2026_______________

HONORABLE THOMAS S. HIXSON