GIBSON, DUNN & CRUTCHER LLP
MICHAEL HOLECEK, SBN 281034
mholecek@gibsondunn.com
JOSEPH A. GORMAN, SBN 267553
jgorman@gibsondunn.com
TIMOTHY KOLESK, SBN 318659
tkolesk@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Defendants
STRYDER CORP. DBA HANDSHAKE,
and HANDSHAKE AI SOLUTIONS, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN BOGGS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STRYDER CORP. DBA HANDSHAKE, and HANDSHAKE AI SOLUTIONS, LLC,<br><br>Defendants. | Case No.: 3:26–cv–07498–TSH<br><br>**STIPULATION AND ORDER *AS MODIFIED BY THE COURT* TO STAY CASE PENDING MEDIATION**<br>Judge: Hon. Thomas. S. Hixson<br><br>Complaint Filed: July 20, 2026<br>Complaint Served: July 29, 2026 |

**TO ALL PARTIES AND THEIR UNDERSIGNED COUNSEL OF RECORD:**

Plaintiff Sean Boggs ("Plaintiff") and Defendants Stryder Corp. dba Handshake and Handshake AI Solutions, LLC ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree to stay the above-captioned matter (the "Action") pending a mediation before Jill Sperber, Esq., scheduled for February 4, 2027. To facilitate resolution of the Action through mediation, the Parties agree that all current deadlines and scheduled Court hearings or appearances shall be subject to the stay, including the December 24, 2026 Case Management Conference and associated case deadlines. If the Action remains unresolved following the mediation, the Parties shall submit a notification to the Court requesting that the stay be lifted. Plaintiff shall file his First Amended Complaint within 30 days after the stay is lifted, and Defendants shall answer or otherwise respond to the First Amended Complaint within 30 days after it is filed.

**WHEREAS,** Plaintiff filed his Complaint on July 20, 2026, ECF. No. 1, and served his Complaint on Defendants on July 29, 2026;

**WHEREAS**, on July 22, 2026, the Court issued an Order Setting Initial Case Management Conference for October 22, 2026, ECF. No. 26;

**WHEREAS**, on August 14, 2026, pursuant to Civil Local Rule 6–1, the Parties entered into a stipulation extending Defendants' deadline to answer or otherwise respond to the Complaint by 30 days, from August 19, 2026 to September 18, 2026, ECF No. 10;

**WHEREAS**, on September 4, 2026, pursuant to Civil Local Rules 6–1, 6–2, 7–12, and 16–2(e), the Parties entered into and filed a joint stipulation, ECF. No. 16, requesting that the Court vacate Defendants' September 18, 2026, deadline to answer or otherwise respond to the Complaint, set Defendants' deadline to answer or otherwise respond to Plaintiff's forthcoming First Amended Complaint within 30 days after it is filed, and continue the Initial Case Management Conference and all associated deadlines until a reasonable time after Defendants respond to the forthcoming First Amended Complaint;

**WHEREAS**, on September 8, 2026, the Court issued an Order granting the Parties' joint stipulation, and that same day, issued a notice setting the deadline to file Case Management Statement to December 17, 2026, and continuing the Initial Case Management Conference to December 24, 2026;

**WHEREAS,** the Parties are engaged in discussions regarding resolution of and have agreed to mediate before Jill Sperber, Esq., with the mediation scheduled for February 4, 2027;

**WHEREAS**, to preserve the resources of the Court and the Parties, and to facilitate the Parties' resolution of the Action through mediation, the Parties agree that good cause exists to stay the Action during the pendency of the mediation.

**NOW, THEREFORE**, the Parties stipulate and agree as follows:

(1) The Action shall be stayed during the pendency of the mediation;

(2) The December 24, 2026 Case Management Conference and all associated case deadlines shall be VACATED;

(3) If the Action remains unresolved following the mediation, the Parties shall submit a notification to the Court requesting that the stay be lifted;

(4) Plaintiff shall file his First Amended Complaint within 30 days after the stay is lifted, and Defendants shall answer or otherwise respond to the First Amended Complaint within 30 days after it is filed.

(5) This stipulation is entered without prejudice to any party's rights, claims, defenses, or objections, including Defendants' right to compel arbitration, all of which are expressly reserved.

*** A Joint Status Report is due by February 5, 2027.***

Dated: October 21, 2026

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Joseph A. Gorman*
Joseph A. Gorman

Attorneys for Defendants

STRYDER CORP. DBA HANDSHAKE AND HANDSHAKE AI SOLUTIONS, LLC

BRYSON HARRIS SUCIU & DeMAY PLLC

By: */s/ Thomas W. Bibby*
Thomas W. Bibby

Attorneys for Plaintiffs and the Proposed Class

**PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED BY THE COURT.**

Dated: October 22, 2026

HONORABLE THOMAS S. HIXSON

**ATTESTATION PURSUANT TO LOCAL RULE 5–1**

I, Joseph Gorman, am the ECF user whose identification and password are being used to file this document. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the other signatories hereto.

Dated: October 21, 2026

By: *\/s/ Joseph A. Gorman*
Joseph A. Gorman